UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARYL WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-0421-CVE-TLW |
| | ) | |
| SPIRIT AEROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter has come before the Court for consideration and an Opinion and Order granting summary judgment in favor of defendant Spirit Aerosystems, Inc. has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Opinion and Order.

**IT IS SO ORDERED** this 13th day of January, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE